IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03981-DDD-CYC

GERSON PEREZ RIVAS,

     Applicant,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center;
DAVID VENTURELLA, Acting Director of U.S. Immigration and
Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the U.S. Department of
Homeland Security; and
TODD BLANCHE, Acting U.S. Attorney General,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Denying Writ of Habeas Corpus, filed June 15, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Court's Order to Show Cause, Doc. 6, is DISCHARGED, and the Verified Petition for Habeas Corpus, Doc. 1, is DENIED and DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that the Clerk of Court is DIRECTED to close this case.

DATED at Denver, Colorado this <u>16th</u> day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*
        Robert R. Keech,
        Deputy Clerk